**Order entered May 23, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01429-CR
No. 05-17-01430-CR
No. 05-17-01431-CR

**CHRISTOPHER LAJUAN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-72077-M, F10-72780-M, F12-70385-M**

## ORDER

By letter received May 18, 2018, appellant has informed the Court that he wishes to file a pro se response to counsel's *Anders* brief. Appellant has also informed the Court that the packet of documents he received from counsel did not include the clerk's record for cause no. 05-17-01430-CR (trial court cause no. F10-72780-M).

Accordingly we **ORDER** counsel Valencia Bush to send appellant a copy of the clerk's record in cause no. 05-17-01430-CR and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the clerk's record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **July 6, 2018**.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to Valencia Bush and to counsel for the State.

We **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Christopher Lajuan Davis; TDCJ No. 2139704; Hutchins Unit; 1500 E. Langdon Road; Dallas, Texas 75241.

/s/    CRAIG STODDART
       JUSTICE